UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-342 |
| | : | |
| **ALVARO SERRANO ARCHBOLD-MANNER (1)** | : | |
| a.k.a "El Negro" | : | NOTICE OF FILING OF PROPOSED |
| a.k.a. "Archie" | : | REDACTED INDICTMENT FOR |
| a.k.a. "Bambino" | : | GOVERNMENT'S MOTION TO |
| | : | MODIFY SEALING ORDER AND |
| | : | REDACTED THE SECOND |
| **JESUS ANTONIO MURILLO-LENIS(2)** | : | SUPERSEDING INDICTMENT |
| a.k.a. "Leni" | : | |
| a.k.a. "Muri" | : | **UNDER SEAL** |
| | : | |
| **RANFER MANUEL RIOS-MERCADO (3)** | : | |
| | : | |
| **JEFFREY DAVYTON LEWIS (4)** | : | |
| | : | |
| **GARETH DAVITON LEWIS (5)** | : | |
| a.k.a "David Lewis" | : | |
| a.k.a. "Mocho" | : | |
| | : | |
| **FREDY GOMEZ-PEREZ (6)** | : | |
| a.k.a. "Chiqui" | : | |
| | : | |
| **JUAN DE JESUS RINCON-ROJAS (7)** | : | |
| | : | |
| **GUSTAVO BARBOSA-RODRIGUEZ(8)** | : | |
| | : | |
| **ULISES MALKUM-BERNADES (9)** | : | |
| a.k.a. "Ulysis Malcom" | : | |
| a.k.a. "Ulyses Malcolm" | : | |
| a.k.a. "Ulysis Malkun" | : | |
| a.k.a. "El Gordo" | : | |
| a.k.a. "Montoya" | : | |
| | : | |

| | |
|---|---|
| **CARLOS DELGADO-GOMEZ (10)** | : |
|     a.k.a. "Carlanga" | : |
| | : |
| **LUIS ENRIQUE CASTANEDA-** | : |
| **GONZALEZ (11)** | : |
|     a.k.a "Kike" | : |
| | : |
| **ENRIQUE OYOLA-ROPERO (12)** | : |
| | : |
| **VICTOR ANTONIO PALMERA-** | : |
| **QUINTANA (13)** | : |
| | : |
| **SERGIO RENE DE MARTINI-** | : |
| **TAMAYO (14)** | : |
|     a.k.a. "Paisa," | : |
|     a.k.a. "Rafita," | : |
|     a.k.a. "Henry" | : |
| | : |
| **JOSE HUGO ALVAREZ-LOZANO (15)** | : |
| | : |
| **JAIME HERNAN GUTIERREZ-** | : |
| **DIAZ (16)** | : |
| | : |
| **GERMAN VILLEGAS-MEJIA (17)** | : |
|     a.k.a. "El Doctor" | : |
| | : |
| **GERARDO TOBON-ROJAS (18)** | : |
|     a.k.a. "Mateo" | : |
| | : |
| **FERNANDO ZAPATA-BERMUDEZ(19)** | : |
| | : |
| **HERIBERTO ZAZUETA (20)** | : |
|     a.k.a. "Don Beto" | : |
| | : |
| **MARIO FRANCISCO MAGANA-** | : |
| **PEREZ (21)** | : |
|     a.k.a "El Grandote" | : |
| | : |
| **JUAN JOSE HEREDIA-LOPEZ (22)** | : |
| | : |
| **HECTOR CONTRERAS-NOVOA (23)** | : |
|     a.k.a. "Hector Contreras-Noboa" | : |
|     a.k.a. "Cuate" | : |
| | : |
| **JUAN EDUARDO PEREZ-RINCON (24)** | : |

**ALFREDO LUIS PERALTA-** :
**CARRILLO (25)** _____ :

### NOTICE OF FILING OF PROPOSED REDACTED INDICTMENT FOR GOVERNMENT'S MOTION TO MODIFY THE SEALING ORDER AND TO REDACT THE SECOND SUPERSEDING INDICTMENT

The United States, appearing by and through, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, Criminal Division, U.S. Department of Justice, now presents this Notice of Filing of Proposed Redacted Indictment for The Government's Motion to Modify the Sealing Order and to Redact the Second Superseding Indictment.  On Tuesday August 29, 2006 the government filed with the court a motion moving to modify the sealing order and redact certain defendants names from the indictment.  In support, the government stated that it desired to redact the certain defendants names because they were fugitives and the government wanted to avoid disclosure of their identities to another defendant Juan Jose Heredia-Lopez and his attorney until such time as it is necessary.   Accompanying this Notice of Filing is a copy of the government's proposed redacted Second Superseding Indictment.  The government would respectfully request the court consider the redacted Second Superseding Indictment in conjunction with the Government's Motion to Modify the Sealing Order and to Redact the Second Superseding Indictment.

Respectfully submitted

KEN BLANCO, Chief
Narcotics and Dangerous Drug Section

_____
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-3646