

**OPERATION MOUNTAIN MIST 2006**

**Exhibit B**

LAW ENFORCEMENT SENSITIVE